**Dismissed and Memorandum Opinion filed September 30, 2014.**



In The

# Fourteenth Court of Appeals

### NO. 14-14-00218-CV

## LUCA DONA, Appellant

### V.

## WAYNE MARTIN, MOSAIC MASTER CONDOMINIUM ASSOCIATION, INC. AND PCMC, INC. D/B/A PREMIER COMMUNITIES MANAGEMENT COMPANY, Appellees

**On Appeal from the 55th District Court
Harris County, Texas
Trial Court Cause No. 2011-22771**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed December 16, 2013. The clerk's record was filed May 5, 2014. The reporter's record was filed July 2, 2014. No brief was filed.

On August 12, 2014, this court issued an order stating that unless appellant filed a brief on or before September 9, 2014, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no response. Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Christopher and Busby.